**Alfred L. BOSS, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 93076.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 8, 2010.

---

1. All statutory references are to RSMo.2000, unless otherwise indicated.

Mark A. Grothoff, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GLENN A. NORTON, P.J., MARY K. HOFF, J., and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Alfred L. Boss, Jr., appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(2).